UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HEATHER WALTER,<br><br>                            Plaintiff,<br><br>            - against -<br><br>NEXTEL RETAIL STORES, LLC, d/b/a<br>NEXTEL COMMUNICATIONS,<br><br>                           Defendant. | Case No.: 3:06-CV-01245 (WWE)<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the parties hereby agree to dismiss the above-captioned case, with prejudice, but without costs or fees to either party.

**ATTORNEYS FOR**                          **ATTORNEYS FOR**
**THE PLAINTIFF**                              **THE DEFENDANT**

Sherman, Richichi & Hickey LLC            Paul, Hastings, Janofsky & Walker LLP

By: _/s/ Mark Sherman_                          By: _/s/ Frances M. Nicastro_
    Mark Sherman, Esq.                              Kenneth W. Gage (ct12965)
    27 Fifth Street                                     Frances M. Nicastro (ct 12965)
    Stamford, CT 06905                           1055 Washington Blvd.
    Telephone: 203.324.2296                  Stamford, Connecticut 06902
    Facsimile: 203.348.7313                    Telephone: 203.961.7400
                                                        Facsimile: 203.359.3031

**SO ORDERED.**

This _____ day of _____, 2007            _____
                                               United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2007, a copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE, was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                  /s/ Frances M. Nicastro
                                Frances M. Nicastro (ct27144)
                                PAUL, HASTINGS, JANOFSKY & WALKER LLP
                                1055 Washington Boulevard
                                Stamford, Connecticut 06902
                                Telephone: 203.961.7400
                                Facsimile: 203.359.3031
                                francesnicastro@paulhastings.com

LEGAL_US_E # 74768596.1